# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

GERALD ALAN INMAN ET AL.,

       Plaintiff(s),

    v.

US BANK NA ET AL.,

       Defendant(s).

CASE NO.
3:20−cv−05424−BHS−JRC

MINUTE ORDER REASSIGNING CASE

This action has been assigned to the Honorable Benjamin H. Settle, United States District Judge. All future documents filed in this case must bear the cause number 3:20−cv−05424−BHS−JRC and bear the Judge's name in the upper right hand corner of the document.

It appearing from the files and records herein that this is an appropriate matter to refer to a full−time United States Magistrate Judge for the purposes hereinafter set forth, pursuant to Local Rule MJR 6 and General Order 02−19, now therefore,

IT IS ORDERED that the above entitled action be referred to the Honorable J Richard Creatura, who is directed and empowered to conduct hearings and make any further necessary orders consistent with the Local Rules and the

instructions of the District Judge to whom the case is assigned.

DATED May 28, 2020

                                        William M. McCool
                                         Clerk of Court

                                         By:  /s/ Kelly A Miller
                                                   Deputy Clerk