# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

GERALD ALAN INMAN, *et al.*,

    Plaintiffs,

v.

U.S. BANK N.A., *et al.*,

    Defendants.

CASE NO. 3:20-cv-05424-BHS-JRC

ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER

This matter is before the Court on referral from the District Court. *See* Dkt. 8. Defendants request an extension of the June 5, 2020, deadline to file their response to plaintiffs' complaint. *See* Dkt. 6. Having considered defendants' motion, which is unopposed, the Court finds good cause to grant the extension. Defendants' response to plaintiffs' complaint is due on or before July 6, 2020.

Dated this 1st day of June, 2020.

J. Richard Creatura
United States Magistrate Judge