

# United States District Court
# Western District of Washington

| GERALD ALAN INMAN AND ROBIN COLETTE INMAN | Case Number: 3:20-CV-05424-JRC |
|---|---|
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| U.S. BANK, N.A., AS THE TRUSTEE, SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-C, NATIONSTAR MORTGAGE, LLC | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, **KATHRYN B. HOECK** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

U.S. Bank, N.A., as Trustee, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A., as Trustee, for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-3, and Nationstar Mortage LLC

The particular need for my appearance and participation is:

I regularly represent Nationstar and its investors in similar matters in other jurisdictions and it would be cost-effective to represent Nationstar and U.S. Bank as trustee in this matter as well.

I, **Kathryn B. Hoeck** understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 06/16/2020     Signature of Applicant: s/ Kathryn B. Hoeck

**Pro Hac Vice Attorney**

Applicant's Name: Kathryn B. Hoeck

Law Firm Name: Akerman LLP

Street Address 1: 420 S. Orange Avenue, Suite 1200

Address Line 2:

City: Orlando　　State: FL　　Zip: 32801

Phone Number w/ Area Code: (407) 419-8524　　Bar #: 813060　　State: Florida

Primary E-mail Address: kathy.hoeck@akerman.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: paul.ettori@akerman.com; barbara.morrison@akerman.com

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Kathryn B. Hoeck is unable to be present upon any date assigned by the court.

Date: 6/17/2020　　Signature of Local Counsel: s/ Christopher G. Varallo

Local Counsel's Name: Christopher G. Varallo, WSBA #29410

Law Firm Name: WITHERSPOON KELLEY

Street Address 1: 422 W. Riverside Avenue, Suite 1100

Address Line 2:

City: Spokane　　State: WA　　Zip: 99201-0300

Phone Number w/ Area Code: (509) 624-5265　　Bar #: WSBA #29410