UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| GERALD ALAN INMAN AND ROBIN COLETTE INMAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. BANK, N.A., AS THE TRUSTEE, SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR TO LASALLE BANK, N.A., AS TRUSTEE, FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-3, NATIONSTAR MORTGAGE, LLC,<br><br>  Defendants. | Case No.: 3:20-cv-05424-JRC<br><br>PROOF OF SERVICE – U.S. BANK, N.A., AS THE TRUSTEE |

Attached is a true and correct copy of the proof of service of the Summons, Complaint, and any exhibits thereto on U.S. BANK, N.A., AS THE TRUSTEE and signed by Prakriti Bhargava. Service occurred on May 20, 2020.

Respectfully Submitted this 3rd of July 2020.

BARRAZA LAW, PLLC

*/s/ V. Omar Barraza*
V. Omar Barraza, WSBA #43589
10728 16th Avenue SW
Seattle, WA 98146
omar@barrazalaw.com
Tel.: (206) 933-7861 / Fax.: (206) 933-7863

POOF OF SERVICE – US BANK, N.A. - 1
3:20-CV-05424-JRC

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S
SEATTLE, WASHINGTON  98104
telephone (206) 330-0595
fax (206) 400-7609

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July 2020,

1. I caused to be electronically filed the foregoing Proof of Service with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Christopher G. Varallo    cgv@witherspoonkelley.com, terrye@witherspoonkelley.com

Kathryn Hoeck    kathy.hoeck@akerman.com

Steven Joseph Dixson    sjd@witherspoonkelley.com, aliciaa@witherspoonkelley.com

2. I hereby certify that I have caused to be mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the addresses listed below:

**None.**

3. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the foregoing document to the following participants at the addresses listed below: **None.**

BARRAZA LAW, PLLC

*/s/ V. Omar Barraza*
V. Omar Barraza, WSBA #43589

POOF OF SERVICE – US BANK, N.A. - 2
3:20-CV-05424-JRC

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Bank, N.A., as the Trustee
was received by me on *(date)* May 12, 2020

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Prakriti Bhargava , who is
designated by law to accept service of process on behalf of *(name of organization)* U.S. Bank,
N.A., as the Trustee on *(date)* May 20, 2020  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ — for travel and $ 85.00 for services, for a total of $ 85.00

I declare under penalty of perjury that this information is true.

Date: May 22, 2020

Christine A. Heuer
Server's signature

Christine A. Heuer, Process Server
Printed name and title

Legal Process Minnesota, LLC
211 Douglas Dr, Glencoe MN 55336
Server's address

Additional information regarding attempted service, etc: 1-800-864-7612

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| Gerald Alan Inman and Robin Colette Inman, <br><br> *Plaintiff(s)* <br> v. <br> U.S. Bank, N.A., as the Trustee, Successor to LaSalle Bank, N.A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-3, Nationstar Mortgage, LLC, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  3:20-cv-05424-JRC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Bank, N.A.
c/o Andrew Cecere, CEO
800 Nicollett Mall
Minneapolis, MN 55402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Henry & DeGraaff, PS, Attn: Christina L Henry, 787 Maynard Ave S, Seattle, WA 98104
Barraza Law, PLLC, Attn: Vicente Omar Barraza, 10728 16th Ave SW, Seattle, WA 98146

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  5/7/2020               *Signature of Clerk or Deputy Clerk*