1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GERALD ALAN INMAN, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. BANK N.A., *et al.*,<br><br>    Defendants. | CASE NO. 3:20-cv-05424-BHS-JRC<br><br>PRETRIAL SCHEDULING ORDER |

This matter is before the Court on the parties' stipulated motion to amend pretrial deadlines set forth in the Court's scheduling order. *See* Dkts. 18, 20. The Court grants the motion as set forth below:

| Event | Prior Date | New Date |
|---|---|---|
| Deadline for amending pleadings | **August 31, 2020** | **January 29, 2021** |
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **January 15, 2021** | **July 15, 2021** |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **January 29, 2012** | **July 30, 2021** |
| Rebuttal expert disclosures | **February 12, 2021** | **August 16, 2021** |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | | |

| Discovery completed by | March 31, 2021 | July 1, 2021 |
|---|---|---|
| All dispositive motions must be filed by (*see* LCR 7(d)) | April 30, 2021 | September 15, 2021 |

The parties shall otherwise refer to the terms of the prior scheduling order. *See* Dkt. 18.

Dated this 14th day of December, 2020.

_____
J. Richard Creatura
United States Magistrate Judge